DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFRED WASHINGTON J. CERUTTI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-112

[March 15, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case Nos. 50-2013-CF-006235-AXX-MB, 50-2013-CF-006243-AXX-MB, and 50-2013-CF-010111-AXX-MB.

Alfred Washington J. Cerutti, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***